


**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD NELSON RUSSELL,      )<br>                             )<br>          Petitioner,        )<br>                             )<br>     v.                      )<br>                             )<br>JOHN MARSHAL, Warden,        )<br>                             )<br>          Respondent.        )<br>_____) | NO. CV 10-6370-GAF(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that Judgment be entered denying and dismissing the Second Amended Petition without prejudice.

///

///

///

 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2   the Magistrate Judge's Report and Recommendation and the Judgment
 3   herein on Petitioner and counsel for Respondent.
 4
 5        LET JUDGMENT BE ENTERED ACCORDINGLY.
 6
 7            DATED: September 19, 2011.
 8
 9                                        /s/ Gary Feess
10                              _____
                                       GARY A. FEESS
11                              UNITED STATES DISTRICT JUDGE