**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONALD NELSON RUSSELL, | ) | NO. CV 10-6370-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHAL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and dismissed without prejudice.

DATED: September 19, 2011.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE